NUMBER 13-01-648-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


JOHN D. CEDILLO , Appellant,
v.


HERMILO ROEL, SARA ROEL, AND ADRIANA GARZA , Appellees.

____________________________________________________________________


On appeal from the 275th District Court

of Hidalgo County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, JOHN D. CEDILLO , perfected an appeal from a judgment entered by the 275th District Court of Hidalgo
County, Texas, in cause number C-698-01-E . After the record and appellant's brief were filed, appellant filed a motion to
dismiss the appeal. In the motion, appellant states that the parties have resolved their differences. Appellant requests that
the appeal be dismissed and this case be remanded to the trial court pursuant to the parties' settlement agreement.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted. The appeal is hereby DISMISSED, and the cause is
REMANDED to the trial court in accordance with the parties' settlement agreement.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 21st day of February, 2002 .